## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Joseph P. Kennedy<br>Debtor(s) | CHAPTER 13 |
| Toyota Lease Trust<br>Movant<br>vs. | NO. 18-16107 MDC |
| Joseph P. Kennedy<br>Debtor(s) | |
| William C. Miller Esq.<br>Trustee | 11 U.S.C. Section 362 |

### ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Lease Trust, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2017 Toyota Rav4, VIN: 2T3BFREV6HW545353 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this 19th day of February, 2019.

_Magdeline D. Coe_  2/19/19
United States Bankruptcy Judge.

cc: See attached service list

Joseph P. Kennedy
3 Whisper Lane
Malvern, PA 19355

John A. DiGiamberardino, Esq.
845 N. Park Road, Ste. 101 (VIA ECF)
Wyomissing, PA 19610

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532