```
PPL CORPORATION
TWO NORTH NINTH STREET
ALLENTOWN, PA 18101




LFK ENTERPRISES, LLC
3 WHISPER LANE
MALVERN PA 19355
USA
```

## PPL Electric Delivery
**Two North Ninth Street**
**Allentown PA 18101**

Date: 01/10/2019    Check No.: 241359
Vendor Code:        Print No.: 90164000037
                    Total:     $********6,510.00

| Invoice Date | Invoice Reference | Message Code | Net Amount |
|---|---|---|---|
| 12/17/2018 | PPL02 | | 6510.00 |

Message Code Key

| | | |
|---|---|---|
| 12/17/2018PPL02 | | 6510.00 |

If you would like to receive future payments electronically, or if you have any other inquiries regarding this remittance please contact Corporate Disbursements at 2 North 9th Street GENTW13, Allentown, PA 18101 or call (610) 774-4209.