IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>JOSEPH P. KENNEDY<br><br>      Debtor,<br><br>SPECIALIZED LOAN SERVICING, LLC,<br>AS SERVICER FOR BEAR STEARNS ARM<br>TRUST 2005-9, MORTGAGE-BACKED<br>NOTES, SERIES 2005-9, U.S. BANK<br>NATIONAL ASSOCIATION, AS<br>INDENTURE TRUSTEE,<br><br>      Movant,<br><br>   v.<br><br>JOSEPH P. KENNEDY, LISA F. KENNEDY<br>aka LISA FERRIE KENNEDY, and<br>WILLIAM C. MILLER, Chapter 13 Trustee<br><br>      Respondents. | Bankruptcy No. 18-16107-mdc<br><br>Chapter 13<br><br>Related to Document No. 40, 41 |

## CERTIFICATE OF SERVICE

    I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, that on the 28th day of March 2019, I served a copy of the Motion for Relief from the Automatic Stay and Co-Debtor Stay (filed at Document No. 40) and a copy of the Notice of Motion, Response Deadline and Hearing Date on Motion (filed at Document No. 41) by first class U.S. Mail, postage prepaid or electronic mail at the following addresses:

Joseph P. Kennedy
3 Whisper Lane
Malvern, PA 19355

Lisa F. Kennedy
Non-filing Co-Debtor
3 Whisper Lane
Malvern, PA 19355

John A. DiGiamberardino, Esq.
Counsel to Debtor
Case & DiGiamberardino, P.C.
845 North Park Road
Suite 101
Wyomissing, PA 19610

William C. Miller, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

and:

Service by CM/ECF electronic notification on all parties registered to receive electronic
notification.

By: /s/ Keri P. Ebeck
Keri P. Ebeck, Esq.
PA I.D. #91298
kebeck@bernsteinlaw.com
Suite 2200, Gulf Tower
Pittsburgh, PA 15219
Phone (412) 456-8112
Fax: (412) 456-8135

*Counsel for Specialized Loan Servicing,
LLC, as servicer for Bear Stearns ARM Trust
2005-9, Mortgage-Backed Notes, Series
2005-9, U.S. Bank National Association, as
Indenture Trustee*