IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 18-16107-mdc |
| JOSEPH P. KENNEDY | Chapter 13 |
| Debtor, | Document No. 43 |
| SPECIALIZED LOAN SERVICING, LLC, AS SERVICER FOR BEAR STEARNS ARM TRUST 2005-9, MORTGAGE-BACKED NOTES, SERIES 2005-9, U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, | |
| Movant, | |
| v. | |
| JOSEPH P. KENNEDY, LISA F. KENNEDY aka LISA FERRIE KENNEDY, and WILLIAM C. MILLER, Chapter 13 Trustee | |
| Respondents. | |

## APPLICATION FOR REFUND OF MOTION FOR RELIEF FROM STAY FILING FEES PAID ELECTRONICALLY DATED APRIL 3, 2019

TO THE CLERK OF COURTS:

Kindly refund the Motion for Relief from Stay Fee in the amount of $181.00. The Motion for Relief from Stay filed at Document No.: 43 was filing in the incorrect case. A Praecipe to Withdraw the Motion for Relief was filed at Document No.: 44 the same day to withdraw the Motion for Relief from the Automatic Stay filed in error.

Dated: April 3, 2019

Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.

By: /s/ Keri P. Ebeck
Keri P. Ebeck
PA I.D. # 91298
kebeck@bernsteinlaw.com
707 Grant Street, Suite 2200
Pittsburgh, PA 15219
412-456-8112
Fax: (412) 456-8120

*Counsel for Specialized Loan Servicing, LLC, as servicer for Bear Stearns ARM Trust 2005-9, Mortgage-Backed Notes, Series 2005-9, U.S. Bank National Association, as Indenture Trustee*