IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 18-16107-mdc |
| JOSEPH P. KENNEDY | Chapter 13 |
| Debtor, | Document No. 43 |
| SPECIALIZED LOAN SERVICING, LLC, AS SERVICER FOR BEAR STEARNS ARM TRUST 2005-9, MORTGAGE-BACKED NOTES, SERIES 2005-9, U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, | |
| Movant, | |
| v. | |
| JOSEPH P. KENNEDY, LISA F. KENNEDY aka LISA FERRIE KENNEDY, and WILLIAM C. MILLER, Chapter 13 Trustee | |
| Respondents. | |

ORDER OF COURT

AND NOW, this 10th day of April, 2019, upon consideration of the foregoing Motion for Refund of the Motion for Relief from Stay Fee in the amount of $181.00, it is hereby GRANTED the Clerk of Courts is hereby ordered to refund $181.00 to Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200 – Gulf Tower, Pittsburgh, PA 15219.

BY THE COURT:

_____
Honorable Magdeline D. Coleman
U.S. Bankruptcy Court Judge