United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Joseph P. Kennedy  
     Debtor  

Case No. 18-16107-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1    Date Rcvd: Apr 10, 2019  
                                  Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2019.  
db          +Joseph P. Kennedy,    3 Whisper Lane,    Malvern, PA 19355-8608

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2019                                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2019 at the address(es) listed below:

          JOHN A. DIGIAMBERARDINO   on behalf of Debtor Joseph P. Kennedy jad@cdllawoffice.com, dmk@cdllawoffice.com  
          KERI P EBECK   on behalf of Creditor   Specialized Loan Servicing, LLC, as servicer for Bear Stearns ARM Trust 2005-9, Mortgage-Backed Notes, Series 2005-9, U.S. Bank National Association, as Indenture Trustee kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com  
          KERI P EBECK   on behalf of Creditor   Specialized Loan Servicing, LLC, as Servicer for Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE4, Mortgage Pass-Through Certificates, Series 2006- kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com  
          MARIO J. HANYON   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, ET. AL. paeb@fedphe.com  
          REBECCA ANN SOLARZ   on behalf of Creditor   Toyota Lease Trust bkgroup@kmllawgroup.com  
          THOMAS YOUNG.HAE SONG   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, ET. AL. paeb@fedphe.com  
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                                                                                                                                                                                                       TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>JOSEPH P. KENNEDY<br><br>Debtor,<br><br>SPECIALIZED LOAN SERVICING, LLC, AS SERVICER FOR BEAR STEARNS ARM TRUST 2005-9, MORTGAGE-BACKED NOTES, SERIES 2005-9, U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE,<br><br>Movant,<br><br>v.<br><br>JOSEPH P. KENNEDY, LISA F. KENNEDY aka LISA FERRIE KENNEDY, and WILLIAM C. MILLER, Chapter 13 Trustee<br><br>Respondents. | Bankruptcy No. 18-16107-mdc<br><br>Chapter 13<br><br>Document No. 43 |

ORDER OF COURT

AND NOW, this 10th day of April, 2019, upon consideration of the foregoing Motion for Refund of the Motion for Relief from Stay Fee in the amount of $181.00, it is hereby GRANTED the Clerk of Courts is hereby ordered to refund $181.00 to Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200 – Gulf Tower, Pittsburgh, PA 15219.

BY THE COURT:

_____
Honorable Magdeline D. Coleman
U.S. Bankruptcy Court Judge