IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 18-16107-mdc |
| JOSEPH P. KENNEDY | Chapter 13 |
| Debtor, | Document No. 40, 46, 53 |
| SPECIALIZED LOAN SERVICING, LLC, AS SERVICER FOR BEAR STEARNS ARM TRUST 2005-9, MORTGAGE-BACKED NOTES, SERIES 2005-9, U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, | |
| Movant, | |
| v. | |
| JOSEPH P. KENNEDY, LISA F. KENNEDY aka LISA FERRIE KENNEDY, and WILLIAM C. MILLER, Chapter 13 Trustee | |
| Respondents. | |

**PRAECIPE TO RELIST HEARING ON MOTION FOR RELIEF FROM STAY AND CO-DEBTOR RELIEF FROM STAY**

AND NOW, comes Movant, Specialized Loan Servicing, LLC, as servicer for Bear Stearns ARM Trust 2005-9, Mortgage-Backed Notes, Series 2005-9, U.S. Bank National Association, as Indenture Trustee, by and through its undersigned counsel, Bernstein-Burkley, P.C., and, files this *Praecipe to Relist Hearing on Motion for Relief from Stay* (the "Praecipe"), stating as follows:

1. On March 28, 2019, Movant filed a *Motion for Relief from Stay and Co-Debtor Relief from Stay* (the "Motion") at Docket No. 40.

2. On April 15, 2019, Joseph P. Kennedy (the "Debtor") filed a *Response to Motion for Relief from Stay and Co-Debtor Relief From Stay* (the "Response") at Docket No. 53.

3.  On May 28, 2019, the matter was marked as settled and the Court set a deadline of June 28, 2019 for a stipulation to resolve the Motion.

## RELIEF REQUESTED

4.  Movant now requests that this Honorable Court relist the hearing on the Motion for Relief from Stay for Monday, August 13, 2019 at 10:30am.

Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.

By: /s/ Keri P. Ebeck
Keri P. Ebeck, Esq.
PA I.D. #91298
kebeck@bernsteinlaw.com
Suite 2200, Gulf Tower
Pittsburgh, PA 15219
Phone (412) 456-8112
Fax: (412) 456-8135

*Counsel for Specialized Loan Servicing, LLC, as servicer for Bear Stearns ARM Trust 2005-9, Mortgage-Backed Notes, Series 2005-9, U.S. Bank National Association, as Indenture Trustee*

Dated: July 16, 2019