IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 18-16107-mdc |
| JOSEPH P. KENNEDY | Chapter 13 |
| Debtor, | Document No. 40, 46, 53 |
| SPECIALIZED LOAN SERVICING, LLC, AS SERVICER FOR BEAR STEARNS ARM TRUST 2005-9, MORTGAGE-BACKED NOTES, SERIES 2005-9, U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, | |
| Movant, | |
| v. | |
| JOSEPH P. KENNEDY, LISA F. KENNEDY aka LISA FERRIE KENNEDY, and WILLIAM C. MILLER, Chapter 13 Trustee | |
| Respondents. | |

CERTIFICATE OF SERVICE

I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, that on the 16th day of July, 2019, I served a copy of the *Praecipe to Relist Hearing on Motion for Relief from Stay and Co-Debtor Stay* by first class U.S. Mail, postage prepaid or electronic mail at the following addresses:

Joseph P. Kennedy
3 Whisper Lane
Malvern, PA 19355

Lisa F. Kennedy
Non-filing Co-Debtor
3 Whisper Lane
Malvern, PA 19355

John A. DiGiamberardino, Esq.
Counsel to Debtor
Case & DiGiamberardino, P.C.
845 North Park Road
Suite 101
Wyomissing, PA 19610

William C. Miller, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

and:

    Service by CM/ECF electronic notification on all parties registered to receive electronic notification.

    By: /s/ Keri P. Ebeck
Keri P. Ebeck, Esq.
PA I.D. #91298
kebeck@bernsteinlaw.com
Suite 2200, Gulf Tower
Pittsburgh, PA 15219
Phone (412) 456-8112
Fax: (412) 456-8135

*Counsel for Specialized Loan Servicing, LLC, as servicer for Bear Stearns ARM Trust 2005-9, Mortgage-Backed Notes, Series 2005-9, U.S. Bank National Association, as Indenture Trustee*