IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>JOSEPH P. KENNEDY<br>      Debtor,<br><br>SPECIALIZED LOAN SERVICING, LLC, AS SERVICER FOR BEAR STEARNS ARM TRUST 2005-9, MORTGAGE-BACKED NOTES, SERIES 2005-9, U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE<br>      Movant,<br>   v.<br><br>JOSEPH P. KENNEDY, and<br>WILLIAM C. MILLER, Chapter 13 Trustee<br>      Respondents. | Bankruptcy No. 18-16107-mdc<br><br>Chapter 13<br><br>Related to Document No. 40 |

PRAECIPE TO WITHDRAW MOTION FOR RELIEF FROM STAY

TO THE CLERK OF COURTS:

Kindly withdraw without prejudice the *Motion for Relief from Stay*, filed on March 28, 2019, at Document No. 40. The Debtor has since cured his arrears with the Movant.

Dated: August 12, 2019

                              Respectfully submitted,
                              BERNSTEIN-BURKLEY, P.C.

                              By:/s/ Keri P. Ebeck
                              Keri P. Ebeck, Esq.
                              PA I.D. #91298
                              kebeck@bernsteinlaw.com
                              707 Grant Street
                              Suite 2200, Gulf Tower
                              Pittsburgh, PA 15219
                              (412) 456-8112

                              *Counsel for Counsel for Specialized Loan Servicing, LLC, As Servicer For Bear Stearns ARM Trust 2005-9, Mortgage-Backed Notes, Series 2005-9, U.S. Bank National Association, As Indenture Trustee*