IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  JOSEPH P. KENNEDY,　　　　　　　　　　　　: Chapter 13
　　　　　　　　　debtor　　　　　　　　　　　　　　: Case No.  18-16107

**CERTIFICATION OF NO OBJECTION FILED**

　　　　I, John A. DiGiamberardino, Esquire, attorney for debtor, do hereby certify that neither the Trustee nor the United States Trustee nor any interested persons have filed an Answer or Objection within the time set by the court and the applicant's Application for Allowance of Counsel Fees is uncontested.

Dated:  8/26/19　　　　　　　　　　**CASE & DIGIAMBERARDINO, P.C.**

　　　　　　　　　　　　　　By:　　s/John A. DiGiamberardino, Esquire
　　　　　　　　　　　　　　　　　　Attorney I.D. #41268
　　　　　　　　　　　　　　　　　　845 N. Park Road, Ste. 101
　　　　　　　　　　　　　　　　　　Wyomissing, PA  19610
　　　　　　　　　　　　　　　　　　(610) 372-9900
　　　　　　　　　　　　　　　　　　(610) 372-5469 -f ax
　　　　　　　　　　　　　　　　　　Attorney for Debtor