United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-16107-mdc
Joseph P. Kennedy                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Keith              Page 1 of 1              Date Rcvd: Oct 24, 2019
                             Form ID: pdf900          Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 26, 2019.
db             +Joseph P. Kennedy,    3 Whisper Lane,    Malvern, PA 19355-8608
cr             +Bear Stearns ARM Trust 2005-9,    14841 Dallas Pkwy Suite 425,    Dallas, TX 75254-8067
intp            Fidelity Workplace Services, LLC,    PO Box 770003,    Cincinnati, OH 45277-0070
cr             +Mercedes-Benz Financial Services USA LLC,    c/o BK Servicing, LLC,    PO Box 131265,
                 Roseville, MN 55113-0011
cr             +SPECIALIZED LOAN SERVICING LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
cr             +Toyota Lease Trust,   c/o REBECCA ANN SOLARZ,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
cr             +U.S. BANK NATIONAL ASSOCIATION, ET. AL.,    c/o THOMAS YOUNG HAE SONG,
                 1617 JFK Blvd. Suite 1400,    Philadelphia, PA 19103-1814

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2019 at the address(es) listed below:
              JOHN A. DIGIAMBERARDINO    on behalf of Debtor Joseph P. Kennedy jad@cdllawoffice.com,
               dmk@cdllawoffice.com
              KERI P EBECK    on behalf of Creditor    Specialized Loan Servicing, LLC, as servicer for Bear
               Stearns ARM Trust 2005-9, Mortgage-Backed Notes, Series 2005-9, U.S. Bank National Association,
               as Indenture Trustee kebeck@bernsteinlaw.com,    jbluemle@bernsteinlaw.com
              KERI P EBECK    on behalf of Creditor    Specialized Loan Servicing, LLC, as Servicer for Deutsche
               Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE4,
               Mortgage Pass-Through Certificates, Series 2006- kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              MARIO J. HANYON    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, ET. AL. paeb@fedphe.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, ET. AL.
               paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  JOSEPH P. KENNEDY,   : Chapter 13
               debtor   : Case No.  18-16107

## **ORDER**

Upon consideration of the Application for Allowance of Compensation of John A. DiGiamberardino, Esquire, pursuant to Section 331 of the United States Bankruptcy Code, it is Ordered that the aforesaid application for counsel fees is approved in the amount of $4,906.67 and advanced costs in the amount of $93.33.

BY THE COURT:

October 24, 2019

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge