# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                      Chapter 13

                      Bankruptcy No. 18-16107-MDC

JOSEPH P KENNEDY

3 WHISPER LANE

MALVERN, PA 19355

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

JOSEPH P KENNEDY

3 WHISPER LANE

MALVERN, PA 19355

Counsel for debtor(s), by electronic notice only.

JOHN A DIGIAMBERARDINO
CASE, DIGIAMBERARDINO, & LUTZ PC
845 N PARK RD, SUITE 101
WYOMISSING, PA 19610-

Date: 1/12/2022

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee