| UNITED STATES BANKRUPTCY COURT<br>Eastern District of Pennsylvania | | **NOTICE OF CHANGE OF ADDRESS** |
|---|---|---|
| Name of Debtor(s):<br><br>Joseph P. Kennedy | Case Number:<br><br>2:2018-bk-16107 | |
| Name of Creditor:<br>Wells Fargo Bank, N.A. | | |
| Name of Current Servicer of account:<br>Wells Fargo Bank, N.A. | | **COURT USE ONLY** |
| Name and NEW Address where notices should be sent:<br><br>Wells Fargo Bank, N.A.<br>MAC N9286-01Y<br>P.O. Box 1629<br>Minneapolis, MN 55440-9790<br>Telephone Number: 800-274-7025<br><br>Prior notice address:<br><br>Wells Fargo Bank, N.A.<br>MAC N9286-01Y<br>1000 Blue Gentian Road<br>Eagan, MN 55121-7700 | | **X** Check this box if you are changing the address that notices will go to. |
| Name and address where payments should be sent:<br><br>Wells Fargo Bank, N.A.<br>Attention: Payment Processing<br>MAC F2302-04C<br>1 Home Campus<br>Des Moines, IA 50328<br><br>Telephone Number: 800-274-7025 | | ___ Check this box if you are changing the address that payments will go to. |
| 1.  Account Number: **0371**  UCID: **WFCHEQ1816107PAE33520371** | | ___ Check this box if the account number has changed. |
| 2.  Court Claim Number: **2** | | |
| 3.  **Signature:**<br><br> **Check the appropriate box.**<br>     X  **I am the creditor.**<br>       **I am the creditor's authorized agent.  (Attach copy of power of attorney, if any.)**<br>       **I am the trustee, or the debtor.**<br>       **I am a guarantor, surety, endorser, or other codebtor.**<br><br> By:   /s/ Sharon Renee Harris                              Date:  01/20/2022<br>       VP Loan Documentation | | |

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                              CASE NO.:    18-16107

**Joseph P. Kennedy**                                   CHAPTER:    13

         **Debtor(s).**

_____ /

## CERTIFICATE OF SERVICE

I hereby certify that on or before January 20, 2022, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

**SERVICE LIST**

*Debtor:*                               *By U.S. Postal Service First Class Mail Postage Prepaid:*

                                         Joseph P. Kennedy
                                         3 Whisper Lane
                                         Malvern, PA 19355

*Debtor's Attorney:*                 *By CM / ECF Filing:*

                                         STEPHEN MCCOY OTTO
                                         Law Office of Stephen M. Otto, LLC
                                         833 N. Park Road
                                         Suite 102
                                         Wyomissing, PA 19610

*Trustee:*                              *By CM / ECF Filing:*

                                         KENNETH E. WEST
                                         Office of the Chapter 13 Standing Trustee
                                         1234 Market Street - Suite 1813
                                         Philadelphia, PA 19107

                                                                    /s/ John Shelley
                                                    _____

InfoEx, LLC
(as authorized agent for Wells Fargo Bank, N.A.)