IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: JOSEPH P. KENNEDY          :
                                                :     Bankruptcy No. 18-16107-MDC
                     Debtors.        :     Chapter 13

**ORDER**

AND NOW, this \_\_\_17th\_\_\_ day of _____March_____ 2022, upon consideration of the Motion to Modify Plan Post-Confirmation and after hearing thereon, if necessary, it is

ORDERED that the Debtor's proposed Second Amended Plan in accordance with Exhibit "A" attached to said Motion is CONFIRMED.

BY THE COURT:

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE