**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| In Re:<br>**JOSEPH P. KENNEDY,**<br><br>    Debtor. | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 18-16107-MDC** |
|---|---|

# O R D E R

    **AND NOW**, upon consideration of Debtor's Emergency Motion to Sell Real Estate ("the Motion"), and the request for an expedited hearing thereon, and sufficient cause being shown, it is hereby **ORDERED** that:

1. The request for an expedited hearing is **GRANTED**.

2. A hearing to consider the Motion shall be held on __August 1st, 2023 @ 10:30 a.m.__

**Via telephone conference at 1-877-336-1828 (access code 7855846)**

3. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

4. The Movant(s) shall serve the Motion and this Order on the U.S. Trustee, the case Trustee (if any), the individual Respondent(s) (if any), all secured creditors and all priority creditors by overnight mail, facsimile transmission or e-mail transmission no later than 5:00 p.m. on or before __July 21st__. Service under this Paragraph is effective if made to each party identified above through the court's CM/ECF system.

5. The Movant(s) shall serve this Order and a Notice of the Motion in conformity with Local Bankruptcy Form 9014-3 on all other parties in interest, including creditors, by regular mail no later than 5:00 p.m. on __July 21, 2023__.

6. The Movant shall file a Certification of Service as required by Local Rule 9014-4.

**Date:** __July 20th, 2023__

*Magdeline D. Coleman* (signature)

**Magdeline D. Coleman, Chief Judge**
**U.S. BANKRUPTCY COURT**