**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| In Re:<br>**JOSEPH P. KENNEDY,**<br>       **Debtor.** | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 18-16107-MDC** |
|---|---|

**NOTICE OF DATE OF EXPEDITED HEARING, MATTERS THAT WILL BE HEARD AT THE EXPEDITED HEARING, AND HOW TO RESPOND**

Debtor has filed a chapter 13 case and an Emergency Motion to Sell Motion to Sell Real Estate,

1. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

2. An Expedited Hearing is scheduled to be held on **August 1, 2023 at 10:30 AM** via Telephonic Conference **1-877-336-1828 (access code 7855846)**. Unless the court orders otherwise, the hearing on this contested matter will be an **evidentiary hearing.**

3. At the Expedited Hearing, the court will consider the Debtor's motions and applications as follows:  Emergency Motion to Sell Real Estate.

4. **If you do not want the court to grant the relief sought in these matters** or if you want the court to consider your views, then you must either file a response (see Instructions on next page) or appear at the hearing.

5. Copies of motions and applications that will be heard at the Expedited Hearing are enclosed [or will be delivered separately].

6. **If you do not file a response (see Instructions on next page) or appear at the hearing, the court may grant the relief that has been requested.**

### **Filing Instructions**

A.   **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1,** you must file your response electronically.

B.   **If you are not required to file electronically,** you must file your response at (address of bankruptcy clerk's office)

C.   **If you mail your response** to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date and time stated in Paragraph 2 on the previous page of this Notice.

D.   On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney.

                                                                  By:    /s/Stephen M. Otto
                                                                          Stephen M. Otto, Esq.
                                                                               8500 Allentown Pike, Suite 3
                                                                               Blandon, PA 19510
                                                                               610-926-7875
                                                                               PA. I.D. No. 82463
                                                                               steve@cornerstonelaw.us

Date: July 20, 2023