IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 18-16107-mdc |
| JOSEPH P. KENNEDY | Chapter 13 |
| Debtor, | Document No. 97 |
| SPECIALIZED LOAN SERVICING, LLC, AS SERVICER FOR BEAR STEARNS ARM TRUST 2005-9, MORTGAGE-BACKED NOTES, SERIES 2005-9, U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, | |
| Movant, | |
| v. | |
| JOSEPH P. KENNEDY, and KENNETH E. WEST, Chapter 13 Trustee<br>Respondents. | |

## PRAECIPE TO WITHDRAW RESPONSE TO DEBTORS' MOTION TO FOR AUTHORIZATION TO SELL REAL ESTATE POST CONFIRMATION

TO THE CLERK OF COURTS:

Kindly withdraw the *Response to the Motion for to Sell Real Estate* filed on behalf of Specialized Loan Servicing, LLC, as servicer for Bear Stearns ARM Trust 2005-9, Mortgage-Backed Notes, Series 2005-9, U.S. Bank National Association, as Indenture Trustee on July 27, 2023 at Document No. 97. The Debtor's Revised Proposed Order filed on July 28, 2023 at Document No. 99 resolves the Response to the Motion for to Sell Real Estate

Dated: July 31, 2023

Respectfully submitted,

By: /s/ Keri P. Ebeck
Keri P. Ebeck
PA I.D. # 91298
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
412-456-8112
Fax: 412-456-8135