### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : **Case No.: 18-16107** |
| **Joseph P. Kennedy** | : **Chapter 13** |
| | : **Judge Magdeline D. Coleman** |
| **Debtor(s)** | : * * * * * * * * * * * * * * * * * * |
| | : |
| **Wells Fargo Bank, N.A.** | : **Related Document # 98** |
| **Respondent,** | : |
| .s | : |
| | : |
| **Joseph P. Kennedy** | : |
| **Lisa F Kennedy** | : |
| **Kenneth E. West** | : |
| | : |
| **Movants.** | : |

### WELLS FARGO BANK, N.A.'S NOTICE OF WITHDRAWAL OF RESPONSE TO DEBTOR'S EMERGENCY MOTION TO SELL REAL ESTATE
### (DOCKET NO. 98)

AND NOW, comes Wells Fargo Bank, N.A. ("Creditor") by and through its attorneys, Manley Deas Kochalski LLC and hereby withdraws its Response to Debtor's Emergency Motion to Sell Real Estate which was filed in this Court at Docket #98 on July 28, 2023. The Response to Debtor's Emergency Motion to Sell Real Estate is being withdrawn because the revised proposed order filed at Docket No. 100 resolves Creditor's concerns with the Motion.

Respectfully submitted,

/s/Alyk L. Oflazian

Alyk L. Oflazian, Esquire (312912)
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Alyk L. Oflazian.

23-019294_SCS2

Contact email is
ALOflazian@manleydeas.com

23-019294_SCS2

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 18-16107** |
| **Joseph P. Kennedy** : | **Chapter 13** |
| : | **Judge Magdeline D. Coleman** |
| **Debtor(s)** : | * * * * * * * * * * * * * * * * * * * |
| : | |
| **Wells Fargo Bank, N.A.** : | **Related Document # 98** |
| **Respondent,** : | |
| vs : | |
| : | |
| **Joseph P. Kennedy** : | |
| **Lisa F Kennedy** : | |
| **Kenneth E. West** : | |
| **Movants.** : | |

**CERTIFICATE OF SERVICE**

I certify that on the date of filing, a copy of the foregoing Notice of Withdrawal of Response to Debtor's Emergency Motion to Sell Real Estate was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Kenneth E. West, Chapter 13 Trustee, ecfemails@ph13trustee.com

Stephen McCoy Otto, Attorney for Joseph P. Kennedy,  steve@sottolaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Joseph P. Kennedy and Lisa F Kennedy, 3 Whisper Lane, Malvern, PA  19355

/s/Alyk L. Oflazian

23-019294_SCS2