UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| In Re:<br>JOSEPH P. KENNEDY,<br>                              Debtor. | Chapter 13 Bankruptcy<br><br>Bankruptcy No. 18-16107-MDC |
|---|---|

### ORDER

AND NOW, upon consideration of the foregoing Stipulation, it is hereby ORDERED:

The authority to close upon the sale of the Premises located at 3 Whisper Lane, Malvern, PA 19355 as granted by Order of this Court dated August 2, 2023 is hereby extended to October 16, 2023.  Provided that the sale closes successfully within the time allowed, the Debtor shall have an additional ten (10) days following the settlement to file his modified Chapter 13 Plan.

All other terms and conditions of the Order of August 2, 2023 hereby remain in effect.

Date 10/2/2023

BY THE COURT:

_____
Magdeline D. Coleman, Chief Judge
UNITED STATES BANKRUPTCY COURT