**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| In Re:<br>**JOSEPH P. KENNEDY,**<br>　　　　　　　　　Debtor. | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 18-16107-MDC** |

**NOTICE OF SALE MOTION, RESPONSE DEADLINE, AND HEARING DATE**

**TO:** **U.S. TRUSTEE, CHAPTER 13 TRUSTEE, ALL CREDITORS AND OTHER PARTIES IN INTEREST, NOTICE IS GIVEN THAT:**

　　Debtor filed a Motion to Sell Real Estate ("Motion"). Pursuant to the terms of the Motion, the Debtor intend to sell a parcel of real estate owned by the Debtor located at 3 Whisper Lane, Malvern, Chester County, Pennsylvania 19355 (the "Premises") for the sum of $1,725,000.00. If a copy of the Agreement of Sale is not enclosed with this Notice, a copy of the Agreement of Sale can be obtained by contacting Counsel for the Debtor, Stephen M. Otto, Esquire, Phone: 610-926-7875; Fax: 484-930-0054; email: steve@cornerstonelaw.us.

　　Any creditor or any party in interest may file an answer, objection, or other responsive pleading with respect to this Motion with the Clerk of the United States Bankruptcy Court, United States Bankruptcy Court, Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Philadelphia, Pennsylvania 19107, and must **fax or email** a copy to counsel for the Debtor, whose name and address appears below, such that counsel for the Debtor **receives** said copy. Because the hearing has been expedited, no responsive pleading is necessary for appearance and participation in the hearing.

　　A hearing to consider the Motion and any answers, objections, or other responsive pleadings has been scheduled for Thursday, February 29, 2024 at 11:00 a.m. to be held telephonically **1-877-336-1828 (access code 7855846)**.

Dated: February 3, 2024　　　　　　　CORNERSTONE LAW FIRM, LLC

　　　　　　　　　　　　　　　By:　/s/Stephen M. Otto
　　　　　　　　　　　　　　　　　　Stephen M. Otto, Esq.
　　　　　　　　　　　　　　　　　　Attorney I.D. # 82463
　　　　　　　　　　　　　　　　　　8500 Allentown Pike, Ste. 3
　　　　　　　　　　　　　　　　　　Blandon, PA 19510
　　　　　　　　　　　　　　　　　　610-926-7875
　　　　　　　　　　　　　　　　　　steve@cornerstonelaw.us