# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>JOSEPH P KENNEDY | CASE NO: 18-16107<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 2/6/2024, I did cause a copy of the following documents, described below,

Notice of Sale

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/6/2024

/s/ Stephen M Otto
Stephen M Otto  82463

Cornerstone Law Firm
8500 Allentown Pike
Blandon, PA  19510
484 220 0481
steve@sottolaw.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | CASE NO: 18-16107 |
|---|---|
| JOSEPH P KENNEDY | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |

On 2/6/2024, a copy of the following documents, described below,

Notice of Sale

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/6/2024

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Stephen M Otto
Cornerstone Law Firm
8500 Allentown Pike
Blandon, PA  19510

```
USPS FIRST CLASS MAILING REQUIREMENTS
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO                              BEAR STEARNS ARM TRUST 20059           BEAR STEARNS ARM TRUST 20059
 LABEL MATRIX FOR LOCAL NOTICING       14841 DALLAS PKWY SUITE 425            MORTGAGEBACKE
NCRS ADDRESS DOWNLOAD                  DALLAS  TX 75254-8067                  14841 DALLAS PARKWAY  SUITE 425
CASE 18-16107                                                                 DALLAS  TX 75254-8067
EASTERN DISTRICT OF PENNSYLVANIA
TUE FEB 6 14-46-38 PST 2024


EXCLUDE
(D)BEAR STEARNS ARM TRUST 20059        BEAR STEARNS ARM TRUST 20059           FIDELITY WORKPLACE SERVICES  LLC
MORTGAGEBACKE                          MORTGAGEBACKE                          PO BOX 770003
14841 DALLAS PKWY SUITE 425            14841 DALLAS PARKWAY  STE 350          CINCINNATI  OH 45277-0070
DALLAS  TX 75254-8067                  DALLAS  TX 75254-7685


                                                                              EXCLUDE
(P)BK SERVICING  LLC                   SPECIALIZED LOAN SERVICING LLC         (U)SPECIALIZED LOAN SERVICING  LLC  AS
PO BOX 131265                          8742 LUCENT BLVD  SUITE 300            SERVICER
ROSEVILLE MN 55113-0011                HIGHLANDS RANCH  CO 80129-2386


EXCLUDE
(D)SPECIALIZED LOAN SERVICING  LLC  AS TOYOTA LEASE TRUST                     US BANK NATIONAL ASSOCIATION  ET AL
SERVICER                               CO REBECCA ANN SOLARZ                  CO THOMAS YOUNG HAE SONG
                                       701 MARKET STREET  SUITE 5000          1617 JFK BLVD SUITE 1400
                                       PHILADELPHIA  PA 19106-1541            PHILADELPHIA  PA 19103-1814


EXCLUDE                                                                       EXCLUDE
UNITED STATES TRUSTEE                  WELLS FARGO BANK  NA                   PHILADELPHIA
OFFICE OF THE US TRUSTEE               MAC N928601Y                           900 MARKET STREET
ROBERT NC NIX FEDERAL BUILDING         PO BOX 1629                            SUITE 400
SUITE 320                              MINNEAPOLIS  MN 55440-1629             PHILADELPHIA  PA 19107-4233
PHILADELPHIA  PA 19107


                                                                              EXCLUDE
AMERICAN EXPRESS NATIONAL BANK         (P)JPMORGAN CHASE BANK  N A            (D)(P)BK SERVICING  LLC
CO BECKET AND LEE LLP                  BANKRUPTCY MAIL INTAKE TEAM            PO BOX 131265
PO BOX 3001                            700 KANSAS LANE FLOOR 01               ROSEVILLE MN 55113-0011
MALVERN  PA 19355-0701                 MONROE LA 71203-4774


FIDELITY INVESTMENTS LIFE INSURANCE CO INTERNAL REVENUE SERVICE               JOHN A DIGIAMBERARDINO  ESQUIRE
PO BOX 770001                          PO BOX 7346                            CASE  DIGIAMBERARDINO  PC
CINCINNATI  OH 45277-0050              PHILADELPHIA  PA 19101-7346            845 N PARK ROAD  STE 101
                                                                              WYOMISSING  PA 19610-1342


                                       EXCLUDE
MERCEDESBENZ FINANCIAL SERVICES        (D)(P)BK SERVICING  LLC                PETER WAPNER  ESQUIRE
PO BOX 685                             PO BOX 131265                          PHELAN  HALLINAN  DIAMOND  JONES LLP
ROANOKE  TX 76262-0685                 ROSEVILLE MN 55113-0011                ONE PENN CENTER PLAZA  SUBURBAN ST
                                                                              1617 JFK BLVD  STE 1400
                                                                              PHILADELPHIA  PA 19103-1814


TOYOTA LEASE TRUST                     TOYOTA LEASE TRUST                     TOYOTA MOTOR CREDIT CO
CO REBECCA ANN SOLARZ                  CO TOYOTA MOTOR CREDIT CORPORATION     TOYOTA FINANCIAL SERVICES
KML LAW GROUP  PC                      PO BOX 9013                            PO BOX 8026
701 MARKET STREET  SUITE 5000          ADDISON  TEXAS 75001-9013              CEDAR RAPIDS  IA 52408-8026
PHILADELPHIA  PA 19106-1541
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

TOYOTA MOTOR CREDIT CORP
TOYOTA FINANCIAL SVCS
PO BOX 8026
CEDAR RAPIDS   IA 52408-8026

US BANK NATIONAL ASSOCIATION    ETAL
WELLS FARGO BANK   NA
DEFAULT DOCUMENT PROCESSING
N9286-01Y
1000 BLUE GENTIAN ROAD
EAGAN MN 55121-1663

US BANK NATIONAL ASSOCIATION ET AL
CO THOMAS YOUNG HAE SONG
PHELAN HALLINAN DIAMOND   JONES   LLP
1617 JFK BLVD SUITE 1400
PHILADELPHIA   PA 19103-1814

US BANK NAT ASSOC AS TRUSTEE FOR BEAR
STEAR
CO SPECIALIZED LOAN SERVICING LLC
6200 S QUEBEC STREET
GREENWOOD VILLAGE   CO 80111-4720

(P)WELLS FARGO BANK NA
1 HOME CAMPUS
MAC X2303-01A
DES MOINES IA 50328-0001

EXCLUDE
~~(D)WELLS FARGO BANK   NA~~
~~MAC N928601Y~~
~~P O BOX 1629~~
~~MINNEAPOLIS   MN 55440-1629~~

WELLS FARGO BANK   NA
CO MANLEY DEAS KOCHALSKI LLC
PO BOX 165028
COLUMBUS   OH 43216-5028

WELLS FARGO HOME MORTGAGE
ATTN BANKRUPTCY DEPT
PO BOX 10335
DES MOINES   IA 50306-0335

DEBTOR
JOSEPH P KENNEDY
3 WHISPER LANE
MALVERN   PA 19355-8608

EXCLUDE
~~KENNETH E WEST~~
~~OFFICE OF THE CHAPTER 13 STANDING~~
~~TRUSTE~~
~~1234 MARKET STREET - SUITE 1813~~
~~PHILADELPHIA   PA 19107-3704~~

STEPHEN MCCOY OTTO
CORNERSTONE LAW FIRM   LLC
8500 ALLENTOWN PIKE
SUITE 3
BLANDON   PA 19510-9101

COURT'S LIST 13 (ELECTRONIC SERVICE) RECIPIENTS

| | | |
|---|---|---|
| (Trustee)<br>KENNETH E. WEST<br>Office of the Chapter 13 Standing Trustee<br>1234 Market Street - Suite 1813<br>Philadelphia, PA 19107<br><br>ecfemails@ph13trustee.com | (Creditor)<br>WELLS FARGO BANK, N.A.<br>MAC N9286-01Y<br>P.O. Box 1629<br>Minneapolis, MN 55440-9790<br>represented by:<br>ALYK L OFLAZIAN<br>Manley Deas & Kochalski LLC<br>1555 Lakeshore Drive<br>Columbus, OH 43204<br>(fax)<br><br>amps@manleydeas.com | (U.S. Trustee)<br>United States Trustee<br>Office of the U.S. Trustee<br>Robert N.C. Nix Federal Building<br>Suite 320<br>Philadelphia, PA 19107<br><br>USTPRegion03.PH.ECF@usdoj.gov |
| THOMAS SONG<br>3637 Sentara Way<br>Suite 1400<br>Virginia Beach, VA 23452<br><br>tomysong0@gmail.com | (Creditor)<br>ATTORNEY TO BE NOTICED<br>U.S. BANK NATIONAL ASSOCIATION, ET. AL.<br>c/o THOMAS YOUNG HAE SONG<br>1617 JFK Blvd. Suite 1400<br>Philadelphia, PA 19103<br>represented by:<br>MARIO J. HANYON<br>Brock & Scott, PLLC<br>302 Fellowship Road,<br>Ste 130<br>Mount Laurel, NJ 08054<br><br>wbecf@brockandscott.com | BRIAN CRAIG NICHOLAS<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106<br><br>brian+ecf@briannicholas.com |
| ATTORNEY TO BE NOTICED<br>REBECCA ANN SOLARZ<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106<br><br>bkgroup@kmllawgroup.com | (Creditor)<br>Toyota Lease Trust<br>c/o REBECCA ANN SOLARZ<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>represented by:<br>MARK A. CRONIN<br>KML Law Group, P.C,<br>701 Market Street<br>Ste 5000<br>Philadelphia, PA 19106<br><br>bkgroup@kmllawgroup.com | (Creditor)<br>represented by:<br>KERI P EBECK<br>Bernstein-Burkley, P.C.<br>601 Grant Street<br>9th Floor<br>Pittsburgh, PA 15219<br><br>kebeck@bernsteinlaw.com |
| (Creditor)<br>Specialized Loan Servicing, LLC, as Servicer for Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE4, Mortgage Pass-Through Certificates, Series 2006-<br>represented by:<br>KERI P EBECK<br>Bernstein-Burkley, P.C.<br>601 Grant Street<br>9th Floor<br>Pittsburgh, PA 15219<br><br>kebeck@bernsteinlaw.com | (Creditor)<br>SPECIALIZED LOAN SERVICING LLC<br>8742 Lucent Blvd, Suite 300<br>Highlands Ranch, CO 80129 | (Creditor)<br>Mercedes-Benz Financial Services USA LLC<br>c/o BK Servicing, LLC<br>PO Box 131265<br>Roseville, MN 55113<br><br>notices@bkservicing.com |

COURT'S LIST OF (ELECTRONIC SERVICE) RECIPIENTS

(Trustee)
WILLIAM C. MILLER, Esq.
Office of the Chapter 13 Standing Trustee
P.O. Box 40837
Philadelphia, PA 19107

ecfemails@ph13trustee.com

ATTORNEY TO BE NOTICED
JOHN A. DIGIAMBERARDINO
Case & DiGiamberardino, P.C.
845 North Park Road
Suite 101
Wyomissing, PA 19610

jad@cdllawoffice.com

(Debtor)
Joseph P. Kennedy
3 Whisper Lane
Malvern, PA 19355
represented by:
STEPHEN MCCOY OTTO
Cornerstone Law Firm, LLC
8500 Allentown Pike
Suite 3
Blandon, PA 19610

steve@sottolaw.com


(Interested Party)
Fidelity Workplace Services, LLC
PO Box 770003
Cincinnati, OH 45277-0070

(Creditor)
Bear Stearns ARM Trust 2005-9
14841 Dallas Pkwy Suite 425
Dallas, TX 75254