IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  JOSEPH P. KENNEDY          :
                                   :     Bankruptcy No. 18-16107-PMM
                Debtors.           :     Chapter 13

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

Stephen M. Otto, Esquire, has filed Debtor's Motion to Modify Confirmed Plan, with the court.

***YOUR RIGHTS MAY BE AFFECTED.*** **You should read these papers carefully and discuss them with your attorney if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

1.   If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **Monday, May 6, 2024**, you or your attorney must do <u>all</u> of the following:

(a)   *file an answer explaining your position at:*

Clerk, U.S. Bankruptcy Court
Robert N.C. Nix, Sr. Federal Courthouse
900 Market Street, Suite 400
Philadelphia, PA  19107
Phone:  215-408-2800

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above and

(b)   *mail a copy to the movants' attorney:*

Stephen M. Otto, Esquire
8500 Allentown Pike
Blandon, PA 19510

2.   If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.   A hearing on the motion is scheduled to be held before the Honorable Patricia M Mayer on **Thursday, May 9 at 9:30 A.M.** via Zoom.

4.   If a copy of this motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.   You may contact the bankruptcy clerk's office at 215-408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

Date:   <u>4/13/24</u>