Certificate Number: 14912-PAE-DE-038479124

Bankruptcy Case Number: 18-16107



14912-PAE-DE-038479124

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 15, 2024</u>, at <u>10:45</u> o'clock <u>AM EDT</u>, <u>Joseph Kennedy</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  May 15, 2024           By:   /s/Jai Bhatt

                              Name: Jai Bhatt

                              Title: Counselor