IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  JOSEPH P. KENNEDY | : | Bankruptcy No. 18-16107-AMC |
| | : | |
| Debtor. | : | Chapter 13 |

### ORDER GRANTING MOTION TO MODIFY PLAN

AND NOW upon consideration of the Debtor's Motion to Modify the confirmed chapter 13 Plan (doc. # 128, the "Motion");

It is hereby ordered that:

1) The Motion is granted; and

2) The Modified Plan (doc. # <u>135</u>) is approved.

BY THE COURT:

DATE: _____    _____
UNITED STATES BANKRUPTCY JUDGE