IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  JOSEPH P. KENNEDY  :  Bankruptcy No. 18-16107-AMC
:
Debtor.  :  Chapter 13

**ORDER GRANTING MOTION TO MODIFY PLAN**

AND NOW upon consideration of the Debtor's Motion to Modify the confirmed chapter 13 Plan (doc. # 128, the "Motion");

It is hereby ordered that:

1) The Motion is granted; and

2) The Modified Plan (doc. # <u>135</u>) is approved.

BY THE COURT:

DATE: __May 16, 2024__   _____
UNITED STATES BANKRUPTCY JUDGE