UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  JOSEPH P. KENNEDY,                  )        Chapter 13
                Debtor(s)                    )        Bky. No. 18-16107-AMC

**NOTICE OF APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES PURSUANT TO SECTION 331 OF THE BANKRUPTCY CODE**

      To the Debtor and all parties in interest, NOTICE is hereby given:

      1.  That Stephen M. Otto, Esquire, counsel for the Debtor in the above-captioned matter, has filed a Supplemental Application with this Court for Allowance of Compensation for the time period of January 13, 2022 to April 12, 2024 in connection with legal services rendered to the Debtor in these bankruptcy proceedings.

      2.  That the Application requests the Court to enter an Order approving counsel fees and expenses as follows: $10,530.00

      3.  That any answer, objection, responsive pleading or request for hearing in writing must be filed with the Clerk of the United States Bankruptcy Court, ROBERT N.C. NIX, SR. FEDERAL BUILDING AND COURTHOUSE, Suite 400, 900 Market Street, Philadelphia, Pennsylvania 19107-4299 and a copy thereof served on the counsel whose name and address appear below, within twenty-one (21) days from the date of this notice.

      4.  That in the absence of an answer, objection or request for hearing, counsel will certify same to the Court after twenty-one (21) days from the date of this Notice and the Court may enter the proposed Order approving said Counsel Fees.

Dated: June 25, 2024            By:       /s/Stephen M. Otto_____
                                                              Stephen M. Otto, Esquire
                                                              Attorney ID #82463
                                                              358 Ream Road
                                                              Rockwood, PA 15557
                                                              Ph:  484-220-0481/Fx:  484-866-8973
                                                              Email:  steve@sottolaw.com
                                                              Attorney for Debtor