UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| JOSEPH P. KENNEDY, | : | Bankruptcy No. 18-16107-AMC |
| Debtor | : | |

## PRAECIPE TO CHANGE ADDRESS

**TO THE CLERK:**

Please change the above referenced Debtor's address from:

Joseph P Kennedy
3 Whisper Lane
Malvern, PA 19355

**to:**

Joseph P Kennedy
PO Box 1349
Paoli, PA 19301


Dated: August 14, 2024

                                          CORNERSTONE LAW FIRM, LLC

                       By:    /s/Stephen M. Otto
                                  Stephen M. Otto, Esq.
                                  8500 Allentown Pike, Suite 3
                                  Blandon, PA 19510
                                  610-926-7875
                                  PA. I.D. No. 82463
                                  steve@cornerstonelaw.us